FILED
11/20/2020

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAKTIIAR BEISHENOV,<br><br>Defendant. | VIOLATION:<br>9711651<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $70 fine and $30 processing fee for violation 9711651 (for a total of $100), and for good cause shown, IT IS ORDERED that the $100 fine paid by the defendant is accepted as a full adjudication of violation 9711651.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 10, 2020, is VACATED.

DATED this 20th day of November, 2020.

_____
John Johnston
United States Magistrate Judge