# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BAKTIJAR BELSHENOV,<br><br>    Defendant. | CITATION NO.: 9711651<br><br><br>**<u>ORDER</u>** |

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue is denied as moot. Pursuant to this Court's Order, (Doc. 5) this matter has been resolved and the violation/case has been closed

DATED this 8th day of January, 2021.

_____
John Johnston
United States Magistrate Judge

-1-